UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
January 06, 2021
Nathan Ochsner, Clerk

| | |
|---|---|
| Reginald T. Hollins,  §<br>    Petitioner,  §<br>  §<br>v.  §<br>  §   Civil Action H-19-4555<br>Bobby Lumpkin,  §<br>Director, Texas Department of  §<br>Criminal Justice, Correctional  §<br>Institutions Division,  §<br>    Respondent.  § | |

## Order of Adoption

On December 3, 2020, Magistrate Judge Peter Bray recommended that the court deny Reginald T. Hollins's petition for writ of habeas corpus. (24) Hollins filed objections. (27) The court denies Hollins's objections and adopts the report and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed on January 6, 2021, at Houston, Texas.

Lynn N. Hughes
United States District Judge